LAWRENCE FREEBORN, by DELBERT FREEBORN, Appellant, v. BLOUNT LUMBER CO., INC., et al., Respondents. DELBERT FREEBORN, Appellant, v. BLOUNT LUMBER CO., INC., et al., Respondents.— Conditional order of January 13, 1960 amended to provide records and briefs to be filed and served on or before March 10, 1960.

MARY J. McLEAN, Respondent, v. LEE HUBBARD, Appellant.— Motion granted to extent of permitting appeal on original typed stenographer's minutes, an original and five typed copies of judgment roll and five typed copies of appellant's brief, and otherwise denied.

In the Matter of the Estate of GOTHLIEB KITTELBERGER, Deceased. (Consolidated Proceedings.) — Time for filing and serving respondent's brief extended to April 5, 1960.

In the Matter of STEPHEN KUROCZKA, Petitioner, against WILLIAM S. HULTS, as Commissioner of the Bureau of Motor Vehicles of the State of New York, Respondent.— Proceeding dismissed, without costs for failure to comply with previous order and stay contained in order of June 12, 1959 vacated.

MICHAEL SCARPULLA, Appellant, v. DOMENICK MOGAVERO, Respondent. — Appeal dismissed unless typewritten record and briefs are filed and served on or before August 15, 1960; motion granted to appeal on one copy of stenographic minutes, original and five typewritten copies of judgment roll and five typewritten briefs.

In the Matter of the Accounting of EDWARD T. BECKWITH et al., as Trustees of the Estate of MELVILLE CLARK, Deceased. — Appeal dismissed unless records and appellant's briefs are filed and served on or before March 28, 1960, etc. If the appellant wishes to apply for leave to prosecute the appeal on typewritten papers, the application should be promptly made.

ANNA L. COOPER, Respondent, v. MARTIN SCHARF et al., Appellants.— Appeal dismissed unless original record is filed on or before March 18, 1960, etc.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CON W. RYAN, Appellant.— Motion to appeal as a poor person and for other relief denied; motion to dismiss appeal granted.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JEROME DOOLING, CLARA DOOLING and JUNE DOOLING, Appellants.— Motion granted and time for People to file and serve briefs both as appellants and as respondents enlarged to March 28, 1960; defendants' brief must be filed by April 14, 1960, if appeal is to be argued at May 1960 Term. See rule VIII of the rules of this court.